■ In the Matter of BRUCE HILBOURNE, Petitioner, v RAMON J. RODRIGUEZ, as Commissioner of the New York State Divi-

sion of Parole, Respondent.—Determination unanimously annulled and petition granted. Memorandum: The Division of Parole must prove, by a preponderance of the evidence, that a parolee has violated the terms of his parole *(see,* Executive Law § 259-i [3] [f] [viii]; 9 NYCRR 8005.20; *People ex rel. Matthews v New York State Div. of Parole,* 58 NY2d 196, 202). This burden is not satisfied unless there is a residuum of legal evidence to support a finding of guilt *(People ex rel. Manton v Von Holden,* 86 AD2d 967, 968, *lv denied* 56 NY2d 505). Hearsay alone will not suffice *(People ex rel. Manton v Von Holden, supra; see also, People v Krzykowski,* 121 AD2d 831, 832; *People v Todd D.,* 100 AD2d 595). In the subject case, the only evidence probative of the claimed violation of parole consisted of hearsay; thus the Division failed to sustain its burden of proof. (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.